FRANCIS X. NICASTRO, Appellant, v. EDMONDO MAZZA, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NATHAN KATZ, Relator, against WARDEN OF THE CIVIL PRISON, COUNTY OF KINGS, Defendant.— Writ dismissed and relator remanded. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ.

QUALITY FRUIT WINES CORP., Respondent, v. FIORE CRIBARI et al., Individually and as Copartners, Doing Business under the Name of B. CRIBARI & SONS, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ. [See 272 App. Div. 1070.]

ANTHONY RUGGIERO, Appellant-Respondent, v. LIBERTY MUTUAL INSURANCE COMPANY, Respondent-Appellant, and HARTFORD ACCIDENT & INDEMNITY COMPANY et al., Respondents.— Motion for reargument denied, with $10 costs. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ. [See 272 App. Div. 1027.]

IB CHR SONNESEN, Respondent, v. PANAMA TRANSPORT COMPANY, Appellant.— Motion for reargument of motion for reargument of appeal granted. Upon reargument, the motion is denied, without costs. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ. [See 272 App. Div. 1071.]

ALICE W. BARNUM et al., Respondents, v. MINNIE ROME et al., Defendants, and JOHN E. DE BAUN, as Building Inspector of the Town of RAMAPO, Appellant.— The appellant is the Building Inspector of the Town of Ramapo, Rockland County. In an action between private parties a judgment was entered by their consent containing, among other things, a paragraph declaring that certain building permits theretofore issued by the Building Inspector were null and void and directing that the Building Inspector cancel such permits. The appellant was not a party to the action in which the judgment was entered. Appellant moved to modify the judgment insofar as it made the declaration and the direction described above. The motion was denied. Appeal dismissed, without costs. While the appellant is not an aggrieved party, it is our opinion that, on the merits, affirmance would be unavoidable. This determination, however, does not indicate any illegal conduct on the part of the Building Inspector of the Town of Ramapo. Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ., concur. [See post, p. 811.]

MARTHA BERGMAN, Respondent, v. LOUIS BERGMAN, Appellant.— Respondent having stated in open court that when appellant signs the proffered papers she will have them executed and delivered as required by the judgment, the orders appealed from are affirmed, without costs. Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.